SEALED

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### Southern District of West Virginia

| | |
|---|---|
| United States of America<br>v.<br>WILLIAM LOUIS JOHNSON III<br>also known as "BJ"<br><br><br>_____<br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) |

Case No.  3:25-cr-00154-07

2:26-mj-00256-NJK

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    WILLIAM LOUIS JOHNSON III                                                      ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint

☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

Count 1: 21 USC 846 - conspiracy to distribute methamphetamine and fentanyl
Count 22: 21 USC 841(a)(1) & 18 USC 2 - aiding and abetting in the distribution of 50 grams or more of methamphetamine mix
Counts 25, 26, 27, 29: 21 USC 841(a)(1) - distribution of 50 grams or more of methamphetamine mix

Date:      09/09/2025                                   _Rey L. Ney II/SHM_
                                                                                  *Issuing officer's signature*

City and state:      Huntington, WV                              Rory L. Perry II, Clerk of Court
                                                                                  *Printed name and title*

---

### Return

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____                              _____
                                                                                  *Arresting officer's signature*

                                                                                  _____
                                                                                  *Printed name and title*



UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON GRAND JURY 2025
SEPTEMBER 9, 2025 SESSION

UNITED STATES OF AMERICA

v.

JOSHUA WILLIE MCCARVER
    also known as "TJ"
DARNELL MARICE MCCARVER
    also known as "WAP"
GEON LAVELL HENDERSON
    also known as "Money"
TRISTAN BERNARD HUFFMAN
    also known as "Tree"
LAMARR ANTHONY WELCH
    also known as "Joe"
JAMES GARNER
    also known as "Jake"
WILLIAM LOUIS JOHNSON III
    also known as "BJ"
JACKIE DWAYNE LUCAS
    also known as "Dwayne"
LESCIA NICOLLETTE WATKINS
    also known as "T"
ELIZABETH JANE CUMPER

CRIMINAL NO. 3:25-cr-154

21 U.S.C. § 846
21 U.S.C. § 841(a)(1)
18 U.S.C. § 2

2:26-mj-00256-NJK

**I N D I C T M E N T**

The Grand Jury Charges:

**COUNT ONE**

1.    From in or about January, 2025 to in or about August, 2025, at or near Huntington, Cabell County, West Virginia, within the Southern District of West Virginia and elsewhere, defendants JOSHUA WILLIE MCCARVER, also known as "TJ," DARNELL MARICE MCCARVER, also known as "WAP," GEON LAVELL HENDERSON, also known

as "Money," TRISTAN BERNARD HUFFMAN, also known as "Tree," LAMARR ANTHONY WELCH, also known as "Joe," JAMES GARNER, also known as "Jake," WILLIAM LOUIS JOHNSON III, also known as "BJ," JACKIE DWAYNE LUCAS, also known as Dwayne," LESCIA NICOLLETTE WATKINS, also known as "T," and ELIZABETH JANE CUMPER, together with persons whose identities are both known and unknown to the Grand Jury, knowingly conspired to commit offenses in violation of 21 U.S.C. § 841(a)(1), that is knowingly and intentionally to distribute quantities of methamphetamine, its salts, isomers, and salts of its isomers, a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, and N-phenyl-N[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as "fentanyl," all Schedule II controlled substances.

**QUANTITY OF METHAMPHETAMINE INVOLVED IN THE CONSPIRACY**

2.   With respect to defendants JOSHUA WILLIE MCCARVER, also known as "TJ," GEON LAVELL HENDERSON, also known as "Money," TRISTAN BERNARD HUFFMAN, also known as "Tree," and LAMARR ANTHONY WELCH, also known as "Joe," the amount of methamphetamine involved in the conspiracy and attributable to them as a result of their conduct, and the conduct of other conspirators reasonably foreseeable to them, is 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

3.    With respect to defendants DARNELL MARICE MCCARVER, also known as "WAP," JAMES GARNER, also known as "Jake," WILLIAM LOUIS JOHNSON III, also known as "BJ," JACKIE DWAYNE LUCAS, also known as "Dwayne," LESCIA NICOLLETTE WATKINS, also known as "T," and ELIZABETH JANE CUMPER, and the amount of methamphetamine involved in the conspiracy and attributable to them as a result of their conduct, and the conduct of other conspirators reasonably foreseeable to them, is 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

## QUANTITY OF FENTANYL INVOLVED IN THE CONSPIRACY

4.    With respect to defendants JOSHUA WILLIE MCCARVER, also known as "TJ," GEON LAVELL HENDERSON, also known as "Money," TRISTAN BERNARD HUFFMAN, also known as "Tree," and LAMARR ANTHONY WELCH, also known as "Joe," the amount of fentanyl involved in the conspiracy and attributable to them as a result of their conduct, and the conduct of other conspirators reasonably foreseeable to them, is a quantity of N-phenyl-N[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as "fentanyl," a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 846.

## COUNT TWO

On or about January 17, 2025, at or near Huntington, Cabell County, West Virginia, and within the Southern District of West Virginia, defendant JAMES GARNER, also known as "Jake," knowingly and intentionally distributed 5 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT THREE

On or about January 22, 2025, at or near Huntington, Cabell County, West Virginia, and within the Southern District of West Virginia, defendant JAMES GARNER, also known as "Jake," knowingly and intentionally distributed 5 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT FOUR

On or about February 7, 2025, at or near Huntington, Cabell County, West Virginia, and within the Southern District of West Virginia, defendant TRISTAN BERNARD HUFFMAN, also known as "Tree," knowingly and intentionally distributed 5 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT FIVE

On or about February 12, 2025, at or near Huntington, Cabell County, West Virginia, and within the Southern District of West Virginia, defendant TRISTAN BERNARD HUFFMAN, also known as "Tree," knowingly and intentionally distributed 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT SIX

On or about March 3, 2025, at or near Huntington, Cabell County, West Virginia, and within the Southern District of West Virginia, defendant LAMARR ANTHONY WELCH, also known as "Joe," knowingly and intentionally distributed 5 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT SEVEN

On or about March 17, 2025, at or near Huntington, Cabell County, West Virginia, and within the Southern District of West Virginia, defendant LAMARR ANTHONY WELCH, also known as "Joe," knowingly and intentionally distributed 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT EIGHT

On or about March 18, 2025, at or near Huntington, Cabell County, West Virginia, and within the Southern District of West Virginia, defendant LAMARR ANTHONY WELCH, also known as "Joe," knowingly and intentionally distributed 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT NINE

On or about March 24, 2025, at or near Huntington, Cabell County, West Virginia, and within the Southern District of West Virginia, defendant LAMARR ANTHONY WELCH, also known as "Joe," knowingly and intentionally distributed a quantity of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT TEN

On or about April 3, 2025, at or near Huntington, Cabell County, West Virginia, and within the Southern District of West Virginia, defendant TRISTAN BERNARD HUFFMAN, also known as "Tree," knowingly and intentionally distributed a quantity of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as "fentanyl," a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT ELEVEN

On or about April 7, 2025, at or near Huntington, Cabell County, West Virginia, and within the Southern District of West Virginia, defendant JOSHUA WILLIE MCCARVER, also known as "TJ," knowingly and intentionally distributed 5 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT TWELVE

On or about April 9, 2025, at approximately 5:43 p.m., at or near Huntington, Cabell County, West Virginia, and within the Southern District of West Virginia, defendant LAMARR ANTHONY WELCH, also known as "Joe," knowingly and intentionally distributed 5 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT THIRTEEN

On or about April 9, 2025, at approximately 6:45 p.m., at or near Huntington, Cabell County, West Virginia, and within the Southern District of West Virginia, defendant LAMARR ANTHONY WELCH, also known as "Joe," knowingly and intentionally distributed 5 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT FOURTEEN

On or about April 9, 2025, at or near Huntington, Cabell County, West Virginia, and within the Southern District of West Virginia, defendant GEON LAVELL HENDERSON, also known as "Money," knowingly and intentionally distributed 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, and a quantity of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as "fentanyl," both Schedule II controlled substances.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT FIFTEEN

On or about April 17, 2025, at or near Huntington, Cabell County, West Virginia, and within the Southern District of West Virginia, defendant TRISTAN BERNARD HUFFMAN, also known as "Tree," knowingly and intentionally distributed 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT SIXTEEN

On or about April 17, 2025 at approximately 7:49 p.m., at or near Huntington, Cabell County, West Virginia, and within the Southern District of West Virginia, defendants GEON LAVELL HENDERSON, also known as "Money," and LAMARR ANTHONY WELCH, also known as "Joe," aided and abetted by each other, knowingly and intentionally distributed 5 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT SEVENTEEN

On or about April 25, 2025, at or near Huntington, Cabell County, West Virginia, and within the Southern District of West Virginia, defendant TRISTAN BERNARD HUFFMAN, also known as "Tree," knowingly and intentionally distributed 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT EIGHTEEN

On or about May 1, 2025, at or near Huntington, Cabell County, West Virginia, and within the Southern District of West Virginia, defendant LAMARR ANTHONY WELCH, also known as "Joe," knowingly and intentionally distributed 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT NINETEEN

On or about June 2, 2025, at or near Huntington, Cabell County, West Virginia, and within the Southern District of West Virginia, defendants JOSHUA WILLIE MCCARVER, also known as "TJ," TRISTAN BERNARD HUFFMAN, also known as "Tree," and LESCIA NICOLLETTE WATKINS, aided and abetted by each other, knowingly and intentionally distributed 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT TWENTY

On or about June 2, 2025, at or near Huntington, Cabell County, West Virginia, and within the Southern District of West Virginia, defendant JOSHUA WILLIE MCCARVER, also known as "TJ," knowingly and intentionally distributed a quantity of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as "fentanyl," a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT TWENTY-ONE

On or about June 5, 2025, at or near Huntington, Cabell County, West Virginia, and within the Southern District of West Virginia, defendant JOSHUA WILLIE MCCARVER, also known as "TJ," knowingly and intentionally distributed 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT TWENTY-TWO

On or about June 12, 2025, at or near Huntington, Cabell County, West Virginia, and within the Southern District of West Virginia, defendants WILLIAM LOUIS JOHNSON III, also known as "BJ," and ELIZABETH JANE CUMPER, aided and abetted by each other, knowingly and intentionally distributed 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT TWENTY-THREE

On or about July 7, 2025, at or near Huntington, Cabell County, West Virginia, and within the Southern District of West Virginia, defendant JOSHUA WILLIE MCCARVER, also known as "TJ," knowingly and intentionally distributed 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT TWENTY-FOUR

On or about August 4, 2025, at or near Huntington, Cabell County, West Virginia, and within the Southern District of West Virginia, defendant JACKIE DWAYNE LUCAS, also known as "Dwayne," knowingly and intentionally distributed 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT TWENTY-FIVE

On or about August 7, 2025, at or near Huntington, Cabell County, West Virginia, and within the Southern District of West Virginia, defendant WILLIAM LOUIS JOHNSON III, also known as "BJ," knowingly and intentionally distributed 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT TWENTY-SIX

On or about August 11, 2025, at or near Huntington, Cabell County, West Virginia, and within the Southern District of West Virginia, defendant WILLIAM LOUIS JOHNSON III, also known as "BJ," knowingly and intentionally distributed 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT TWENTY-SEVEN

On or about August 14, 2025, at or near Huntington, Cabell County, West Virginia, and within the Southern District of West Virginia, defendant WILLIAM LOUIS JOHNSON III, also known as "BJ," knowingly and intentionally distributed 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT TWENTY-EIGHT

On or about August 15, 2025, at or near Huntington, Cabell County, West Virginia, and within the Southern District of West Virginia, defendant TRISTAN BERNARD HUFFMAN, also known as "Tree," knowingly and intentionally distributed 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT TWENTY-NINE

On or about August 20, 2025, at or near Huntington, Cabell County, West Virginia, and within the Southern District of West Virginia, defendant WILLIAM LOUIS JOHNSON III, also known as "BJ," knowingly and intentionally distributed 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT THIRTY

On or about August 27, 2025, at or near Huntington, Cabell County, West Virginia, and within the Southern District of West Virginia, defendants DARNELL MARICE MCCARVER, also known as "WAP," and LAMARR ANTHONY WELCH, also known as "Joe," aided and abetted by each other, knowingly and intentionally distributed 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## COUNT THIRTY-ONE

On or about August 27, 2025, at or near Huntington, Cabell County, West Virginia, and within the Southern District of West Virginia, defendant LAMARR ANTHONY WELCH, also known as "Joe," knowingly and intentionally distributed a quantity of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as "fentanyl," a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

## NOTICE OF FORFEITURE

The allegations contained in Counts One through Thirty-One of this Indictment are realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 21 U.S.C. § 853, 28 U.S.C. § 2461(c), and Federal Rule of Criminal Procedure 32.2. Notice is hereby given to all the above-captioned defendants of the United States' intent to institute forfeiture proceedings pursuant to 21 U.S.C. § 853 and 28 U.S.C. § 2461(c) upon the conviction of the above-captioned defendants for offenses in violation of 21 U.S.C. §§ 841 and 846 any property, real or personal, constituting, or derived from, any proceeds traceable to the violations charged herein, and any property involved in or used in the offense of the violations set forth in this Indictment is subject to forfeiture, including but not limited to:

a. Approximately $27,951 dollars seized on March 17, 2025;

b. Approximately $23,453 dollars seized on July 9, 2025.

LISA G. JOHNSTON
Acting United States Attorney

By: _____
COURTNEY L. FINNEY
Assistant United States Attorney